```
Court Name: United States District Court
Division: 1
Receipt Number: 14683007986
Cashier ID: lrobey
Transaction Date: 08/19/2009
Payer Name: INTERNET LAW GROUP
------------------------------
CIVIL FILING FEE
 For: INTERNET LAW GROUP
 Amount:         $350.00
------------------------------
CHECK
 Remitter: INTERNET LAW GROUP
 Check/Money Order Num: 3698
 Amt Tendered:   $350.00
------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CIIVL SUIT FILING FEE
109CV940
```